**No. 69182.**—Remco Industries, Inc. *v.* United States, protest 59/32472 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of camouflage netting for toy jungle helmets, chiefly used for the amusement of children, the claim of the plaintiff was sustained.

**No. 69183.**—Ritter & Ritter Importers, Inc. *v.* United States, protest 64/9639 (New York).

Opinion by FORD, J. An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

BEFORE THE THIRD DIVISION, MARCH 25, 1965

**No. 69184.**—F. W. Woolworth Co. *v.* United States, protest 63/7606 (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of charcoal briquettes the same in all material respects as those the subject of *A. L. Farnsworth* v. *United States* (50 Cust. Ct. 62, C.D. 2389), the claim of the plaintiff was sustained.

MARCH 24, 1965

**No. 69185.**—Seedman International Corp. *v.* United States, protests 63/13408 and 63/15351; Liebermann Waelchli & Co., N.Y., Inc., et al. *v.* United States, protests 63/17834, etc.— Plaintiffs' application for rehearing granted.